## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

JASON MONGE, ALBERTO
GONZALEZ, ANTHONY ORTIZ and
RAMON RIVERA,

              Plaintiffs,

v.                                          Case No:   6:22-cv-864-RBD-LHP

RHINO TIRE USA, LLC,

              Defendant

_____

### ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **THIRD JOINT MOTION FOR APPROVAL OF SETTLEMENT AND INCORPORATED MEMORANDUM OF LAW (Doc. No. 40)** |
| **FILED:** | **November 29, 2022** |

**THEREON** it is **ORDERED** that the motion is **DENIED as moot**.

The parties filed an amended motion.   *See* Doc. No. 41.

**DONE** and **ORDERED** in Orlando, Florida on November 30, 2022.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties