UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JASON MONGE; ALBERTO
GONZALEZ; ANTHONY ORTIZ;
and RAMON RIVERA,

    Plaintiffs,

v.                                              Case No. 6:22-cv-864-RBD-LHP

RHINO TIRE USA, LLC,

    Defendant.
_____

## ORDER

In this Fair Labor Standards Act case, the parties moved for approval of their settlement agreement (Doc. 41-1 ("Agreement")). (Doc. 41 ("Motion").) U.S. Magistrate Judge Leslie Hoffman Price entered a Report and Recommendation recommending that the Court find the Agreement fair and reasonable in large part, with the exception of two provisions that should be severed: an overbroad release and an impermissible modification clause. (Doc. 52 ("R&R").) The parties do not object to the R&R (Doc. 53), so the Court examines it for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

    1.    The R&R (Doc. 52) is **ADOPTED**, **CONFIRMED**, and made a part of

this Order in its entirety.

2. The Motion (Doc. 41) is **GRANTED IN PART AND DENIED IN PART**:

   a. The Motion is **DENIED** insofar as the following language is **SEVERED** from the Agreement:

      i. "And all claims for unpaid wages in the form of vacation pay. Plaintiffs also release, absolve, and discharge Defendant for any other claims arising out of Plaintiffs' compensation, wages, and/or termination of their employment with Defendant or the Lawsuit." (Doc. 41-1, ¶ 9.)

      ii. "The Agreement may only be amended or modified by a writing signed by all of the Parties." (Doc. 41-1, ¶ 15.)

   b. The Motion is **GRANTED** insofar as the Agreement (Doc. 41-1), with the modifications above, is **APPROVED** as fair and reasonable.

3. This case is **DISMISSED WITH PREJUDICE**.

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 15, 2022.

ROY B. DALTON JR.
United States District Judge